IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHER-D, INC., T/A PINE KNOB INN | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 05-5936 |
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY | : | |

### ORDER

AND NOW, this 15th day of June, 2009, upon consideration of Defendant's Motion for Reconsideration of the Court's Opinion and Order of April 7, 2009, (Doc. No. 23), it is ORDERED that the Motion is DENIED.

IT IS SO ORDERED.

BY THE COURT:

/s/ R. Barclay Surrick
R. Barclay Surrick, J.